LAWRENCE BREWSTER, Regional Solicitor
MARY K. ALEJANDRO, Deputy Regional Solicitor
California State Bar Number 243568
DANIELLE JABERG, Counsel for ERISA
Office of the Solicitor
United States Department of Labor
90 7th Street, Suite 3-700
San Francisco, California 94103
Telephone: (415) 625-7760
Facsimile: (415) 625-7772
Email: alejandro.mary@dol.gov

Attorneys for Plaintiff, Elaine L.
Chao, Secretary of Labor, United
States Department of Labor

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor, the United States Department of Labor,<br><br>Plaintiff,<br><br>vs.<br><br>HARMONY SOFTWARE, INC., a California corporation, and HARMONY SOFTWARE, INC. 401(k) PLAN, an employee benefit plan,<br><br>Defendants. | Case No. CV 08-5084 JL<br><br>~~(proposed)~~ ORDER GRANTING THE SECRETARY'S EX PARTE APPLICATION TO SERVE PROCESS ON THE SECRETARY OF STATE |

On December 9, 2008, Plaintiff Elaine L. Chao, Secretary of Labor, United States Department of Labor ("Secretary"), filed an Ex Parte Application pursuant to Civil L.R. 7-10, seeking an Order by this Court allowing service of process on Defendants Harmony Software, Inc. and the Harmony Software, Inc. 401(k) Plan, by serving the California Secretary of State pursuant to Fed. R. Civ. P. 4(e), Cal. Corp. Code §§ 1700 and 1702 (West 2006), and Cal. Civ. Proc. Code § 416.20(b) (West 2006).

Upon consideration of the motion and for good cause appearing, the Secretary's Ex Parte Application to Serve Process on the Secretary of State is hereby **GRANTED**.

*Chao v. Harmony Software,, Inc., et al.*, Case No. CV 08-5084-JL
Proposed Order Granting The Secretary's Ex Parte Application To Serve Process On The Secretary Of State

Accordingly,

1. As the proper agent for service of process for the Defendant Harmony Software, Inc. 401(k) Plan is its corporate sponsor, Defendant Harmony Software, Inc., the California Secretary of State shall accept service on behalf of the Defendant Harmony Software, Inc. 401(k) Plan. In addition, the Secretary of State shall accept service on behalf of Defendant Harmony Software, Inc., which conducted business in California as a domestic corporation until the California Secretary of State suspended all of Defendant Harmony Software, Inc.'s corporate rights, powers and privileges on January 13, 2005, and for which no authorized agent for service of process can with reasonable diligence be found at the address designated for personally delivering process; and

2. The California Secretary of State shall promptly give notice to Harmony Software, Inc. of the service of process of the claim filed against it and the Harmony Software, Inc. 401(k) Plan. The address for service of process is 107 South B Street, San Mateo, California 94401; and

3. Plaintiff shall serve the Summons and Complaint on the California Secretary of State no later than thirty days from the date of this Order.

**IT IS SO ORDERED.**

Dated: January 15, 2009

_____
JAMES LARSON
UNITED STATES MAGISTRATE JUDGE