LAWRENCE BREWSTER, Regional Solicitor
MARY K. ALEJANDRO, Deputy Regional Solicitor
California State Bar Number 243568
DANIELLE JABERG, Counsel for ERISA
Office of the Solicitor
United States Department of Labor
90 7th Street, Suite 3-700
San Francisco, California 94103
Telephone: (415) 625-7760
Facsimile: (415) 625-7772
Email: alejandro.mary@dol.gov

Attorneys for Plaintiff, Elaine L. Chao, Secretary of Labor, United States Department of Labor

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor, the United States Department of Labor, <br><br> Plaintiff, <br> vs. <br><br> HARMONY SOFTWARE, INC., a California corporation, and HARMONY SOFTWARE, INC. 401(k) PLAN, an employee benefit plan, <br><br> Defendants. | Case No. CV 08-5084 JL <br><br> SECRETARY'S EX PARTE APPLICATION TO RESET INITIAL CASE MANAGEMENT CONFERENCE |

COMES NOW, Plantiff Elaine L. Chao, the Secretary of Labor, United States Department of Labor, and pursuant to Rules 6(b) and 7(b) of the Fed. R. Civ. P., respectfully files this Ex Parte Application to Reset the Initial Case Management Conference scheduled for February 11, 2009. As grounds for this Application, Plaintiff states the following:

1. The Plaintiff filed her Complaint in this case on November 7, 2008. Pursuant to Fed. R. Civ. P. Rule 4(m), Plaintiff must serve a Summons and a Complaint on each Defendant by March 9, 2009.

*Chao v. Harmony Software, Inc., et al.*, Case No. CV 08-5084-JL
Secretary's Ex Parte Application To Reset Initial Case Management Conference

1

2. On December 9, 2008, the Plaintiff filed an Ex Parte Application for Order to Serve Process on the California Secretary of State.

3. The Court has not yet ruled on this Application.

4. The Plaintiff still needs to serve Defendants Harmony Software, Inc., and Harmony Software, Inc., 401(k) Plan and she cannot do so until the Court rules on the Ex Parte Application referenced *supra*.

5. No Defendant has yet filed an Answer in this matter and the parties have not been in communication since the Complaint was filed.

6. The Court has scheduled an Initial Case Management Conference for February 11, 2009, at 10:30 a.m. The setting of the Initial Case Management Conference presupposes that Plaintiff has served all the named Defendants, that the Defendants have had sufficient time to file their Answers to the Complaint, and that Plaintiff and Defendants have had sufficient time to engage in discussions, conduct a Rule 26(f) conference, and prepare the required Joint Case Management Statement. As a practical matter, the Plaintiff believes that it is highly unlikely that Defendants will file Answers the Complaint.

7. As the Defendants have not been served with the Summons, Complaint, or Order Setting Initial Case Management Conference and ADR Deadlines, the Plaintiff respectfully requests this Court reset the Initial Case Management Conference for June 15, 2009, or anytime thereafter.

8. This resetting will allow sufficient time for the Plaintiff to serve Defendants Harmony Software, Inc., and Harmony Software, Inc., 401(k) Plan with the Summons and Complaint and for them to file their Answers. As stated above, the Plaintiff anticipates that Defendants will not file Answers to the Complaint.

//
//
//

*Chao v. Harmony Software,, Inc., et al.*, Case No. CV 08-5084-JL
Secretary's Ex Parte Application To Reset Initial Case Management Conference

2

WHEREFORE, Plaintiff respectfully requests the Court to Reset the Initial Case Management Conference to ~~June 15, 2009~~ June 17, 2009, or thereafter.

Respectfully submitted,

GREGORY F. JACOB
Solicitor of Labor

LAWRENCE BREWSTER
Regional Solicitor

DANIELLE JABERG
Counsel for ERISA

By: /s/ Mary K. Alejandro
MARY K. ALEJANDRO
Deputy Regional Solicitor
(415) 625-7760

Attorneys for the Plaintiff

*Chao v. Harmony Software,, Inc., et al.*, Case No. CV 08-5084-JL
Secretary's Ex Parte Application To Reset Initial Case Management Conference

3